# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAWN C. DORSEY,<br><br>                      Petitioner,<br><br>v.<br><br>R.C. JOHNSON et al.,<br><br>                      Respondents. | Case No. 22-cv-583-MMA (BGS)<br><br>**ORDER DENYING IN FORMA PAUPERIS APPLICATION AND DISMISSING CASE WITHOUT PREJUDICE** |

Petitioner Deshawn C. Dorsey ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, along with an application to proceed in forma pauperis. *See* Doc. Nos. 1, 2.

### REQUEST TO PROCEED IN FORMA PAUPERIS

The Court denies Petitioner's request to proceed in forma pauperis because Petitioner has not provided the Court with sufficient information to determine his financial status. A request to proceed in forma pauperis made by a state prisoner must include a certificate from the warden or other appropriate officer showing the amount of money or securities Petitioner has on account in the institution. Rule 3(a)(2), 28 U.S.C. foll. § 2254; Local Rule 3.2. Although Petitioner has attached a copy of a prison certificate to his motion, it contains no financial information. *See* Doc. No. 2 at 4. Because Petitioner has not provided the Court with the required financial information, the

1  Court **DENIES** the request to proceed in forma pauperis and **DISMISSES** the case
2  without prejudice.  To have the case reopened, Petitioner must, on or before **June 29,**
3  **2022**, provide the Court with: (1)  a copy of this Order together with the $5.00 filing fee;
4  or (2)  a copy of this Order together with adequate proof Petitioner cannot pay the $5.00
5  filing fee.  The Court **DIRECTS** the Clerk of Court to send Petitioner a blank Southern
6  District of California in forma pauperis application that contains the proper prison
7  certificate along with a copy of this Order.

**IT IS SO ORDERED**.

Dated:  April 29, 2022

HON. MICHAEL M. ANELLO
United States District Judge